Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Elmer Shannon

Shelley R. Hebert (SBN 6280805)
**Seyfarth Shaw LLP**
131 Dearborn Street, Suite 2400
Chicago, IL 60603-5577
(312) 460-5845

Attorneys for Defendant
Prudential Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elmer Shannon,<br><br>            Plaintiff,<br><br>v.<br><br>Prudential Insurance Company of America,<br><br>           Defendant. | ACTION NO.: 14-0420 EMC<br><br>**STIPULATION AND PR~~OPOS~~ED ORDER TO CANCEL ADR PHONE CONFERENCE BASED UPON AGREEMENT TO PRIVATELY MEDIATE CASE** |

    1. This is an ERISA long term disability case in which the Court has set the initial case management conference for May 15, 2014, at 9:00 a.m.

    2. On May 5, 2014, the parties agreed to privately mediate this case before Bradford Huss, Esq. As such, the need for the ADR phone conference presently scheduled for May 8,

---

Stipulation and [Proposed] Order             1             Case No: 14-0420 EMC

2014, at 11:30 a.m., is obviated and the parties request that it be taken off calendar.

                                                     Respectfully submitted,

                                                     **ROBOOSTOFF & KALKIN**

Dated: May 5, 2014                              By:_____/s/_____
                                                      Scott Kalkin
                                                      Attorneys for Plaintiff

Dated: May 5, 2014                              By:_____/s/_____
                                                      Shelley R. Hebert
                                                      Attorneys for Defendant
                                                      Prudential Insurance Company of America

                                         **P̶R̶O̶P̶O̶S̶E̶D ORDER**

    Good cause having been shown, the ADR phone conference presently scheduled for May 8, 2014, at 11:30 a.m., is ordered off calendar. This case is referred to private mediation.  Private mediation is to be completed by August 5, 2014.

IT IS SO ORDERED.

Dated:  5/5/14                                                     _____
                                                          The Honorable Edward M. Chen

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge Edward M. Chen]*