SEYFARTH SHAW LLP
Amanda A. Sonneborn (admitted pro hac vice)
Shelley Hebert (admitted pro hac vice)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (415) 460-7000

Andrea K. Anapolsky (SBN 238297)
aanapolsky@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant,
The Prudential Insurance Company of America.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER SHANNON, | CASE NO: 3:14-cv-00420-EMC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| VS. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff Elmer Shannon ("Plaintiff") and Defendant The Prudential Insurance Company of America (incorrectly named "Prudential Insurance Company of America") ("Prudential"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE and that all matters, claims and things contained herein are res judicata between the parties and their heirs, purchasers, successors and assigns.  Further, each party will bear its own costs, expenses and attorneys' fees.

17652493v.1

1    DATED:  July 24, 2014                      Respectfully submitted,

2

3                                               By:      s/Shelley R. Hebert

4

5                                               ATTORNEY FOR THE DEFENDANT THE
                                                PRUDENTIAL INSURANCE COMPANY OF
6                                               AMERICA

7

8                                               By:      s/Scott Kalkin

9

10                                              ATTORNEY FOR PLAINTIFF ELMER SHANNON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

17652493v.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELMER SHANNON, | ) | CASE NO: 3:14-cv-00420-EMC |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| VS. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

In consideration of the foregoing stipulation, it is:

**ORDERED AND ADJUDGED** that this cause of action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

**DONE AND ORDERED** this __28th__ day of ___July___, 2014.

Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

---
3

17652493v.1